UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JOSE ROBERTO S. OLIVEIRA, JR., <br><br> Plaintiff, <br><br> v. <br><br> BMW FINANCIAL SERVICES NA, LLC, AND FIELDS MOTORCARS OF FLORIDA, INC., D/B/A FIELDS BMW SOUTH ORLANDO, <br><br> Defendants. | Case No. 6:23-cv-02395 |

**ANSWER AND AFFIRMATIVE DEFENSES OF
DEFENDANT BMW FINANCIAL SERVICES NA, LLC**

Defendant BMW Financial Services NA, LLC ("BMW FS") by and through its attorneys Saul Ewing LLP, hereby answers Plaintiff Jose Roberto S. Oliveira, Jr.'s ("Plaintiff") Complaint (Doc. 1) ("Complaint") and states as follows:

**Response to General Allegations**[1]

1.  Upon information and belief, BMW FS admits that Plaintiff and Defendant Fields Motorcars of Florida, Inc. d/b/a Fields BMW South Orlando ("Fields") amicably resolved claims Plaintiff brought against Fields, based on the attachments to Plaintiff's Complaint. BMW FS lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in

---

[1] The paragraphs in the Complaint are unnumbered in violation of Fed. R. Civ. P. 10(b). BMW FS has assigned numbers to each of the paragraphs in the Complaint for ease of its response.

2

Paragraph 1 and therefore, denies the allegations and demands strict proof thereof. BMW FS specifically denies that its actions or inactions caused any damages to Plaintiff and demands strict proof thereof.

2. BMW FS denies that it furnished any inaccurate or incomplete information regarding Plaintiff's account to the Credit Reporting Agencies ("CRAs") and states that the information it furnished to the CRAs was accurate and complete. BMW FS denies the remaining allegations in Paragraph 2 and demands strict proof thereof.

3. BMW FS denies that it engaged in "improper monthly reporting . . . to the collection agencies" [*sic*] and demands strict proof thereof. BMW FS lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 3 and therefore, denies the allegations and demands strict proof thereof.

4. BMW FS denies the allegations in Paragraph 4 and demands strict proof thereof. BMW FS specifically denies that it furnished inaccurate or incomplete information regarding a "debt balance" to the CRAs and demands strict proof thereof.

### Response to "Wherefore" Clause

5. BMW FS incorporates each of the above responses as if fully set forth herein. BMW FS denies that Plaintiff is entitled to any of the relief requested in

51549251.2

Paragraphs 1-4 of the "Wherefore" Clause of the Complaint and demands strict proof thereof.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

The Complaint fails to state a claim upon which relief can be granted.

### Second Affirmative Defense

Plaintiff cannot state a claim under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, any subdivision thereof, or any other applicable statute for actual damages, punitive damages, statutory damages, costs of suit, or fees.

### Third Affirmative Defense

Plaintiff cannot a state a claim for violation of 15 U.S.C. § 1681s-2(b) because he failed to follow the procedure for credit disputes set forth in the FCRA.

### Fourth Affirmative Defense

To the extent Plaintiff submitted any disputes to BMW FS directly, which does not give rise to a private right of action, BMW FS conducted an investigation with respect to the disputed information, and otherwise complied with all of the requirements of the FCRA.

### Fifth Affirmative Defense

The damages alleged in Plaintiff's Complaint, though expressly denied by BMW FS, are the result of actions or inactions of persons or entities other than BMW FS over whom BMW FS had no control.

### Sixth Affirmative Defense

BMW FS complied with all applicable provisions of the FCRA, and asserts all defenses and limitations of liability available thereunder not expressly asserted herein.

### Seventh Affirmative Defense

Any account information furnished by BMW FS regarding Plaintiff was accurate and complete.

### Eighth Affirmative Defense

Plaintiff's recovery in this lawsuit is barred, in whole or in part, by his own negligence, voluntary conduct, and dilatory actions.

### Ninth Affirmative Defense

Plaintiff fails to state a claim for violation, willful or otherwise, of the FCRA.

### Tenth Affirmative Defense

Plaintiff has not sufficiently alleged, and cannot establish, malice, willfulness, or negligence on the part of BMW FS.

51549251.2

## Eleventh Affirmative Defense

To the extent Plaintiff suffered any damages, which BMW FS expressly denies, Plaintiff failed to mitigate his damages.

## Twelfth Affirmative Defense

While BMW FS expressly denies that Plaintiff incurred any damages, any damages that Plaintiff did incur were proximately caused by entities or persons other than BMW FS and/or Plaintiff's own negligence or dilatory conduct.

## Thirteenth Affirmative Defense

BMW FS acted in accordance with all applicable laws, practices, standards, and regulations.

## Fourteenth Affirmative Defense

Plaintiff's claims are barred by the applicable Motor Vehicle Lease Agreement, pursuant to which Plaintiff agreed to maintain payments even if the vehicle experienced mechanical problems or did not satisfactory perform.

## Fifteenth Affirmative Defense

BMW FS reserves the right to supplement the affirmative defenses asserted herein throughout trial.

51549251.2

Dated: January 4, 2024.

                                            Respectfully submitted,

                                            */s/ Steven M. Appelbaum*
                                                Steven M. Appelbaum
                                                Florida Bar No. 71399
                                                **SAUL EWING LLP**
                                                200 E. Las Olas Blvd., Suite 1000
                                                Fort Lauderdale, FL  33301
                                                Main No.:  (305) 428-4500
                                                E-mail address:
                                                steven.appelbaum@saul.com
                                                susan.brown@saul.com
                                                wpb-ctdocs@saul.com
                                                *Attorney for Defendant BMW Financial Services NA, LLC*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on January 4, 2024, I electronically filed the foregoing document with the clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                */s/ Steven M. Appelbaum*
                                                Steven M. Appelbaum

51549251.2

## **SERVICE LIST**

Jose S. Oliveira
6842 Dolce Street
Orlando, Florida 32819
dudinha101@hotmail.com

Dawn Millner, Esq.,
11334 Lake Katherine Circle
Clermont, FL 34711-5003
dawnmillnerlaw@gmail.com
Counsel for Fields Motorcars of South Florida, Inc.,
d/b/a Fields BMW South Orlando

John A. Boudet, Esq.
GRAY | ROBINSON, P.A.
301 East Pine Street, Suite 1400
Orlando, Florida 31801
john.boudet@gray-robinson.com
clara.torres@gray-robinson.com
Counsel for Fields Motorcars of South Florida, Inc.,
d/b/a Fields BMW South Orlando

51549251.2