# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JOSE ROBERTO S. OLIVEIRA, JR.,　　　　　Case No. 6:23-cv-02395

　　　　Plaintiff,

v.

BMW FINANCIAL SERVICES NA,
LLC, et, al.,

　　　　Defendants.
_____/

## NOTICE OF SETTLEMENT

Defendant BMW Financial Services NA, LLC submits this Notice of Settlement. Plaintiff, Jose Roberto S. Oliveira, Jr., and Defendants BMW Financial Services NA, LLC, and Fields Motorcars of Florida, Inc., d/b/a Fields BMW South Orlando have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: February 8, 2024.　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Steven M. Appelbaum
　　　　　　　　　　　　　　　　　　　　Steven M. Appelbaum
　　　　　　　　　　　　　　　　　　　　Florida Bar No. 71399
　　　　　　　　　　　　　　　　　　　　**SAUL EWING LLP**
　　　　　　　　　　　　　　　　　　　　200 E. Las Olas Blvd., Suite 1000
　　　　　　　　　　　　　　　　　　　　Fort Lauderdale, FL  33301
　　　　　　　　　　　　　　　　　　　　Main No.:  (305) 428-4500
　　　　　　　　　　　　　　　　　　　　E-mail address:  steven.appelbaum@saul.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　susan.lewis@saul.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　wpb-ctdocs@saul.com
　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant BMW Financial Services NA, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 8, 2024, I electronically filed the foregoing document with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Steven M. Appelbaum*
Steven M. Appelbaum

## SERVICE LIST

Jose S. Oliveira
6842 Dolce Street
Orlando, Florida 32819
dudinha101@hotmail.com

Dawn Millner, Esq.,
11334 Lake Katherine Circle
Clermont, FL 34711-5003
dawnmillnerlaw@gmail.com
Counsel for Fields Motorcars of South Florida, Inc.,
d/b/a Fields BMW South Orlando

John A. Boudet, Esq.
GRAY | ROBINSON, P.A.
301 East Pine Street, Suite 1400
Orlando, Florida 31801
john.boudet@gray-robinson.com
clara.torres@gray-robinson.com
Counsel for Fields Motorcars of South Florida, Inc.,
d/b/a Fields BMW South Orlando

2

51700306.1